IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. GRIFFIN,

    Plaintiff,                    No. 2:10-cv-2525 MCE JFM (PC)

    vs.

J. CLARK KELSO, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Defendants have requested leave to depose plaintiff and all witnesses via videoconference. Defendants state that because counsel's office is located over 200 miles from the facility housing plaintiff (Salinas Valley State Prison), their request should be granted so as to reduce travel expenses. Defendants seek to reduce these expenses in light of the financial constraints experienced by the California Department of Corrections and Rehabilitation. Plaintiff has not filed an opposition to this request.

        Accordingly, IT IS HEREBY ORDERED that defendants' request is granted.

DATED: July 28, 2011.

                                    UNITED STATES MAGISTRATE JUDGE

/014;grif2525.jo

1