IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. GRIFFIN,

    Plaintiff,                        No. 2:10-cv-2525 MCE JFM (PC)

    vs.

J. CLARK KELSO, *et al.*,

    Defendants.                ORDER

_____/

        On January 11, 2012, the Ninth Circuit Court of Appeals referred this matter to this court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith.  See ECF No. 47. The court has reviewed plaintiff's November 16, 2011 notice of appeal.  ECF No. 44.  Therein, plaintiff appeals this court's finding that he did not file an opposition to the magistrate judge's August 19, 2011, recommendation that this action be dismissed.   Plaintiff avers that he mailed an opposition on September 21, 2011[1], and further states that from August through October 2011, he was unable to adequately prosecute this action because he underwent two hip replacement surgeries.

        The Court notes that this action was not dismissed for plaintiff's failure to file an

---

[1] The docket does not reflect the filing of an opposition by plaintiff.

1

1  opposition; rather, this action was dismissed for plaintiff's failure to exhaust his administrative
2  remedies.  See ECF No. 37.  Furthermore, plaintiff's argument that he was unable to prosecute
3  this action is belied by his assertion that on September 21, 2011 he mailed an opposition to the
4  magistrate judge's recommendation for dismissal.  As such, this Court finds that Plaintiff's
5  appeal is frivolous and that revocation of plaintiff's in forma pauperis status is appropriate.  See
6  28 U.S.C. § 1915(a)(3); Hooker v. Am. Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002)
7  (recognizing that revocation of in forma pauperis status is appropriate where a district court finds
8  the appeal to be frivolous).

   IT IS SO ORDERED.

   Dated:  March 28, 2012

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE