UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. GRIFFIN, | No. 2:10-cv-2525 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Defendants seek leave to file supplemental objections to the May 20, 2016 findings and recommendations on the ground that the United States Supreme Court has since issued an opinion that "substantially alters exhaustion law." ECF No. 70 at 2.

Accordingly, IT IS HEREBY ORDERED that defendants' motion to file supplemental objections related to the impact of the Supreme Court's decision in <u>Ross v. Blake</u>, No. 15-339, 2016 WL 3128839, 2016 U.S. LEXIS 3614 (June 6, 2016) (ECF No. 70), is granted.  Defendants shall have fourteen days from the date of this order to file their supplemental objections.  Plaintiff may respond to the objections within fourteen days of service of the objections.

DATED: June 15, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE