UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. GRIFFIN, | No. 2:10-cv-2525 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2016, plaintiff filed a request for extension of time in which he stated that he was in the process of finding an attorney to represent him and that one attorney had expressed interest in his case. ECF No. 77. A proposed order granting substitution of attorney has now been filed. ECF No. 80. Although plaintiff's electronic signature does not comply with the requirements set forth in Local Rule 131, since plaintiff has been proceeding pro se, the court will construe the proposed order as a notice of appearance, for which plaintiff's signature is not required. In light of the appearance of counsel, the court shall sua sponte extend plaintiff's November 2, 2016 deadline to respond to defendants' motion for summary judgment by thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed order granting substitution of attorney (ECF No. 80) is construed as a notice of appearance.

1

1    2.  The Clerk of the Court is directed to update the docket to reflect that plaintiff is
2 represented by counsel as indicated in the notice of appearance (ECF No. 80).
3    3.  Plaintiff shall have an additional thirty days, up to and including December 2, 2016, to
4 file and serve a response to defendants' motion for summary judgment.  Defendants' reply, if any,
5 shall be filed within seven days thereafter.
6    4.  Hearing on the motion for summary judgment is set before Magistrate Judge Allison
7 Claire on January 18, 2017, at 10:00 a.m. at the United States District Court, 501 I Street,
8 Sacramento, California, 95814 in Courtroom #26.
9 DATED: November 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2