UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | No.  2:10-cv-2525 MCE AC P<br><br><br>ORDER |

Plaintiff has requested leave for counsel, who is located in Los Angeles, to appear telephonically at the January 18, 2017 hearing.  ECF No. 89.  As set forth in the standard information for the undersigned's case management procedures, telephonic appearances are generally acceptable (other than for settlement conferences) and counsel need only contact the courtroom deputy at least two days prior to the hearing date to make arrangements for a telephonic appearance.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to allow counsel to appear telephonically at the January 18, 2017 hearing (ECF No. 89) is granted.

---

[1] The undersigned's case management procedures are available on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-allison-claire-ac/.

1

2. On the day of the hearing, counsel shall call 1-877-336-1839 and follow any prompts given. The access code is 2040217 and if asked for a security code, counsel should enter 4223.

DATED: December 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2