UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. GRIFFIN, | No. 2:10-cv-2525 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et. al., | |
| Defendants. | |

Plaintiff has requested leave for counsel, who is located in Los Angeles, to appear telephonically at the July 11, 2018 hearing on his motion to amend. ECF No. 109.

As set forth in the standard information for the undersigned's case management procedures, telephonic appearances are generally acceptable other than for settlement conferences and a motion or written request is not required.[1] As previously explained by this court, counsel need only contact the courtroom deputy at least two days prior to the hearing date to make arrangements for a telephonic appearance. ECF No. 90. The request for counsel to appear telephonically will therefore be denied as moot.

////

---

[1] The undersigned's case management procedures are available on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-allison-claire-ac/.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to allow counsel to appear telephonically at the July 11, 2018 hearing (ECF No. 109) is DENIED.

2. If counsel wishes to appear telephonically, he shall contact the courtroom deputy at least two days in advance of the hearing in accordance with the undersigned's case management procedures.

DATED: July 9, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE