UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. GRIFFIN, | No. 2:10-cv-2525 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

The parties have filed a stipulation to modify the March 29, 2018 scheduling order in order to accommodate scheduling conflicts and reduce travel related to the completion of non-expert depositions. ECF No. 114. When the court adopted the parties' original proposed schedule for this case, the parties were warned that "given the age of this case and the generous deadlines here established, future request for extension of time will be viewed with disfavor." ECF No. 104 at 1. Upon consideration of the parties' stipulation, the court finds that good cause to modify the scheduling order as requested. However, the parties are warned that further extensions of time will be disfavored, absent a showing of extraordinary cause. Scheduling conflicts arising from last minute attempts to notice depositions are unlikely to be considered an extraordinary cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation to modify the scheduling order (ECF No. 114) is granted.

2. The deadline for plaintiff's counsel to conduct the defendants' depositions, according to the terms originally noticed, and for defendants' counsel to take the nonparty witness depositions is January 31, 2019. Any discovery motions related to these depositions must be noticed for the hearing to take place by this date and shall be brought in accordance with the procedures set forth in Local Rule 251.

3. The deadline for disclosing experts shall be March 4, 2019, with any rebuttal expert witness disclosures due by March 18, 2019. Expert depositions shall be conducted by April 26, 2019.

4. Expert discovery shall close on May 27, 2019. Any discovery motions related to expert discovery must be noticed for the hearing to take place by this date and shall be brought in the same manner as motions related to non-expert discovery.

5. The dispositive motion deadline shall be June 26, 2019. Accordingly, any notices of motion and accompanying motions shall be filed on or before May 29, 2019, with the hearing noticed to take place no later than June 26, 2019. Any motion so filed shall be briefed pursuant to Local Rule 230.

6. All other deadlines set forth in the March 29, 2018 scheduling order (ECF No. 104) shall remain unchanged.

DATED: November 29, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE