DAUNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. GRIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | No. 2:10-cv-2525 MCE AC P<br><br><br><br>ORDER |

    Defendants have submitted a proposed substitution of attorney. ECF No. 116. However, some of the signatures on the proposed substitution do not comply with Local Rule 131.

    Accordingly, IT IS HEREBY ORDERED that defendants' proposed substitution (ECF No. 116) is denied without prejudice to the submission of a properly signed proposal.

DATED: January 9, 2019

                                                         ALLISON CLAIRE<br>
                                                         UNITED STATES MAGISTRATE JUDGE