XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MICHELLE L. ANGUS, State Bar No. 210031
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7351
 Fax: (916) 324-5205
 E-mail: Jaime.Ganson@doj.ca.gov
*Attorneys for Defendants Bal, Masuret,
Nangalama, Sahota, and Wood*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH A. GRIFFIN,**<br><br>Plaintiff,<br><br>v.<br><br>**J. CLARK KELSO, et al.,**<br><br>Defendants. | 2:10-cv-02525-MCE-AC (PC)<br><br>**AMENDED NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>**[L.R. 182(g)]** |

**PLEASE TAKE NOTICE** that effective January 7, 2019, subject to approval by the Court, Defendants Bal, Masuret, Nangalama, Sahota, and Wood substitute Michael A. Terhorst, State Bar No. 164679, as counsel of record in place of Jaime M. Ganson. Contact information for new counsel is as follows:

**Michael A. Terhorst, State Bar No. 164679**
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, CA 95814
Telephone: (916) 444-3400
Facsimile: (916) 444-3421

///

1

I consent to the above substitution.[1]

Dated: January 8, 2019  /s/ Dr. Bal (original signature retained by attorney J. Ganson)
Dr. Bal, Defendant

Dated: January 8, 2019  /s/ Dr. Sahota (original signature retained by attorney J. Ganson)
Dr. Sahota, Defendant

Dated: January 8, 2019  /s/ Nangalama (original signature retained by attorney J. Ganson)
Dr. Nangalama, Defendant

Dated: January 8, 2019  /s/ Woods (original signature retained by attorney J. Ganson)
T. Woods, Defendant

Dated: January 8, 2019  /s/ Masuret (original signature retained by attorney J. Ganson)
A. Masuret, Defendant

I consent to being substituted.

Dated: January 8, 2019  /s/ Jaime M. Ganson, Esq.
Jaime M. Ganson
Current Counsel for Defendants

I consent to the above substitution.[2]

Dated: January 8, 2019  /s/ Michael A. Terhorst, Esq. (as authorized on January 8, 2019)
Michael A. Terhorst
New Counsel for Defendants

The substitution of attorney is so ORDERED.

Dated: January 10, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Each defendant has authorized the submission of this document, bearing their electronic signatures, and the original signatures are maintained on file, in accordance with Local Rule 131(f).

[2] Mr. Terhorst has authorized the submission of this document on his behalf, bearing his electronic signature, in accordance with Local Rule 131(e).