UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. GRIFFIN, | No. 2:10-cv-2525 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CLERK KELSO, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding through counsel, has requested leave to proceed in forma pauperis on appeal. ECF No. 147. The submitted declaration makes the showing required by 28 U.S.C. § 1915(a), id., and the request to proceed in forma pauperis will be granted.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for leave to proceed in forma pauperis on appeal, ECF No. 147, is granted.

DATED: May 4, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE